


3/16/21

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

March 15, 2021

**BY ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:  *Mannouris v. Saul*, No. 20 Civ. 9790 (AT) (BCM)

Dear Judge Moses:

This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action, which the plaintiff brought pursuant to 42 U.S.C. § 405(g) to appeal the Commissioner's decision to deny his application for Social Security disability benefits.

I respectfully write to request, with the plaintiff's consent, a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from March 15, 2021, to May 14, 2021. The extension is needed due to delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

The plaintiff does not object to this request, and this is the Commissioner's first request for an extension of time in in this case. I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

BY:    /s/ Amanda F. Parsels
AMANDA F. PARSELS
Assistant United States Attorney
Tel.: (212) 637-2780
Cell: (646) 596-1952
Email: amanda.parsels@usdoj.gov

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
March 16, 2021

cc:         Charles Binder, Esq.
               *Attorney for Plaintiff*