# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GEORGE PASCHALIS MANNOURIS

                Plaintiff,                      20 **CIVIL** 9790 (AT) (BCM)

              -v-                                       **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 23, 2021, That the decision of the Commissioner of Social Security be, and hereby is, reversed and that that this action be, and hereby is, remanded for further proceedings, including the opportunity for hearing and de novo decision, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:**  New York, New York
           September 23, 2021

                                                         **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                       **BY:**
                                                           **Deputy Clerk**