**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GEORGE PASCHALIS MANNOURIS,

        Plaintiff,

vs.

        Civil Action No.:
        1:20-CV-09790-AT-BCM

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2021

## ORDER

The Court, having read the affirmation and supporting memorandum from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412, as well as the Exhibits submitted in support thereof,

**IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $1,600.96 be granted pursuant to 20 U.S.C. § 2412. In addition, Plaintiff's counsel is entitled to reimbursement of costs for the District Court filing fee of $400.00 payable from the judgment fund pursuant to 31 U.S.C. § 1304.

Entered: New York, New York
         November 9, 2021

Application GRANTED. SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge
November 9, 2021