UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE PASCHALIS MANNOURIS,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/11/2023
```

20-CV-9790 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The deadline for the Commissioner to file a response to plaintiff's motion for attorneys' fees pursuant to 42 U.S.C. § 406(b), dated August 22, 2023 (Dkt. 24) was September 5, 2023; however, no response has been filed. No later than **September 15, 2023**, the Commissioner shall file a response to plaintiff's motion. If no response is filed by that date, the Court will consider plaintiff's motion unopposed.

Dated: New York, New York
        September 11, 2023

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**